AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.            DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court       5) Case File Copy

Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-298

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Anatomy of a Guinea Pig |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | May 01, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Sophie Margaret Corrigan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sophie Margaret Corrigan |
| | 2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sophie Margaret Corrigan |
| **Email:** | sophie_corrigan@live.co.uk |
| **Address:** | 2-4 Mill Street, Coppull |
| | Chorley PR75AZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 01, 2025 |
| **Applicant's Tracking Number:** | SC2025080101 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-467-885

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Anatomy of a Beluga Whale |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 01, 2018 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Sophie Margaret Corrigan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sophie Margaret Corrigan |
| | 2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sophie Margaret Corrigan |
| **Email:** | sophie_corrigan@live.co.uk |
| **Address:** | 2-4 Mill Street, Coppull |
| | Chorley PR75AZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 01, 2025 |
| **Applicant's Tracking Number:** | SC2025080103 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-824

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Anatomy of a Squirrel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 07, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Sophie Margaret Corrigan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sophie Margaret Corrigan |
| | 2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sophie Margaret Corrigan |
| **Email:** | sophie_corrigan@live.co.uk |
| **Address:** | 2-4 Mill Street, Coppull |
| | Chorley PR75AZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 01, 2025 |
| **Applicant's Tracking Number:** | SC2025080104 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-834

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

## Title
 

**Title of Work:** Hedge-Hugs

## Completion/Publication
 

**Year of Completion:** 2015
**Date of 1st Publication:** February 19, 2015
**Nation of 1st Publication:** United Kingdom

## Author
 

- **Author:** Sophie Margaret Corrigan
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant
 

**Copyright Claimant:** Sophie Margaret Corrigan
2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom

## Rights and Permissions
 

**Name:** Sophie Margaret Corrigan
**Email:** sophie_corrigan@live.co.uk
**Address:** 2-4 Mill Street, Coppull
Chorley PR75AZ United Kingdom

## Certification
 

**Name:** David Denholm
**Date:** August 01, 2025
**Applicant's Tracking Number:** SC2025080102



HEDGEHUGS



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-826

**Effective Date of Registration:**
August 01, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Sloffee |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 31, 2015 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Sophie Margaret Corrigan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Sophie Margaret Corrigan |
| | 2-4 Mill Street, Coppull, Chorley, PR75AZ, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Sophie Margaret Corrigan |
| **Email:** | sophie_corrigan@live.co.uk |
| **Address:** | 2-4 Mill Street, Coppull |
| | Chorley PR75AZ United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 01, 2025 |
| **Applicant's Tracking Number:** | SC2025080105 |

Page 1 of 2

