Exhibit 1













































# 022 HuaKai WuSheng













## 029 taizhoushihongguanfushiyouxian

























# 041 O tei Decorative Painting



# 042 Time Home B









# 045 Jia Home Furnishings B



# 047 Vintage Painting Two







## 050 Poster Boy









## 054 Honey H







# 057 icecreamem



# 058 BV ART



# 059 Summer Huang







# 062 BEAUTIFULFORYOUAE



# 063 WovenWhims





## 064 A Complete Collection of Decorative Paintings





## 066 Hu painting collection



## 068 A Red Bird



## 069 Summer Hyx





# 070 LianLian C

# 071 Nice Apron Life Happy



# 072 Happy Home DIY



## 073 Shopyssey







# 076 EarthyWeave



# 077 LH Flourishes B



# 078 Vibe Lab Collective



## 079 FadedPrint



## 080 Fiala Dream



## 081 CyberInk



## 082 LWJAJ



## 083 Mr Fish Trendy Clothing



## 084 XY ABShirt



## 085 Chaste Charm Tees



## 086 LlianLian A



## 087 TrueForm







## 090 A Lovely Afternoon in the Countryside









# 094 QPZHIFANG

