**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

SOPHIE MARGARET CORRIGAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-06648

Judge Andrea R. Wood

Magistrate Judge Keri L. Holleb Hotaling

## PLAINTIFF'S STATUS REPORT

Pursuant to Minute Entry Order [18], Plaintiff SOPHIE MARGARET CORRIGAN ("Plaintiff") submits this status report solely on behalf of Plaintiff and states as follows:

Plaintiff has initiated service of process under the Hague Convention for defendants. At this time, service of process has not yet been completed. Accordingly, Plaintiff requests an additional forty-five (45) days to file proof of service or another status report.

DATED: October 22, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 22, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt