**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sophie Margaret Corrigan

Plaintiff,

v.

Case No.: 1:26−cv−06648
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed Plaintiff's status report [19], in which Plaintiff states that she has initiated service of process under the Hague Convention, but service of process has not been completed. By 12/10/2026, Plaintiff shall file a further status report on service of process. The telephonic status hearing set for 10/29/2026 is stricken and reset for 12/17/2026 at 9:15 AM. The call−in number is (650) 479−3207 and the access code is 1808131170. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.